UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAMES L. McPHADEN,<br><br>Defendant. | NO. CR95-5828JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion For Bail pursuant to 18 U.S.C. §3143(b).

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

- 1

Release pending appeal pursuant to 18 U.S.C. §3143(b) is only authorized if the court finds:

(**A**) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released...
and
(**B**) that the appeal is not for the purpose of delay and raises a substantial question of law or fact like to result in–

(i) reversal,
(ii) an order for a new trial,
(iii) a sentence that does not include a term of imprisonment, or
(iv) a reduced sentence to a term of imprisonment less than the total of the time already served pus the expected duration of the appeal process.

The Defendant has failed to make the requisite showing pursuant to 18 U.S.C. §3143(b). Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 21st day of September, 2005.


/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2