UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C05-5517JET |
| Plaintiff - Appellee, | CR95-5828JET |
| v. | ORDER |
| JAMES L. MCPHADEN, | |
| Defendant - Appellant. | |

THIS MATTER comes on before the above-entitled Court upon remand from the Ninth Circuit Court of Appeals.

The Ninth Circuit Court of Appeals has directed the district court to issue or decline to issue a certificate of appealability in C05-5517JET.

- 1

1   Having considered the entirety of the record and files herein, it is hereby

2   ORDERED that the court declines to issue a Certificate of Appealability because Defendant

3 McPhaden has failed to make "a substantial showing of the denial of a constitutional right." 28

4 U.S.C. §2253(c)(2).

5   IT IS SO ORDERED.

6   The clerk of the court is instructed to send uncertified copies of this Order to all counsel of

7 record.

8   DATED this 28st$^h$ day of September, 2005.

9

10   /s JACK E. TANNER

   _____
11   JACK E. TANNER
   SR. UNITED STATES DISTRICT JUDGE

- 2