UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES L. McPHADEN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. C95-5828FDB

ORDER DENYING MOTION PURSUANT TO THE ALL WRITS ACT

Petitioner has previously filed motions pursuant to 28 U.S.C. § 2255, the most recent having been denied by order entered June 29, 2006 [Dkt. # 106]. Petitioner has been instructed by the Ninth Circuit that he must seek an order from the Court of Appeals authorizing the District Court to consider successive 2255 petitions. Petitioner now files a document entitled "Rule 60(a) 28 USCS § 1651(a) Motion Pursuant To The All Writs Act" [Dkt. # 107] which is a similar petition under a different name.

ACCORDINGLY, IT IS ORDERED: Petitioner's Motion Pursuant To The All Writs Act [Dkt. # 107] is DENIED.

DATED this 18th day of July, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2