Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR95-5828 FDB |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION OF TIME |
| JAMES L. McPHADEN, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan B. Dohrmann, Assistant United States Attorney for said District, has moved for an extension of time in which to file the government's response to Defendant's Petition for Legal Name Change in Accordance with Oregon State Court Order, and the Court, having reviewed the government's Motion for Extension of Time to respond to Defendant's Petition and the reasons set forth in the Declaration of government counsel, the Court hereby ORDERS

///
///
///
///
///

[PROPOSED] ORDER/McPHADEN - 1
CR95-5828 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  that the government's response to Defendant's Petition shall be filed no later than

2  February 26, 2010.

3      DATED this 4th day of February,  2010.

5                                          S/Pat LeFrois
                                          _____
6                                          Clerk for Honorable Franklin D Burgess
                                          UNITED STATES DISTRICT JUDGE

8  Presented by:

   s/Susan B. Dohrmann
   _____
10 SUSAN B. DOHRMANN
   Assistant United States Attorney
11 Washington State Bar No. 13475
   United States Attorney's Office
12 700 Stewart Street, Suite 5220
   Seattle, Washington 98101
13 Telephone: 206.553.5326
   Fax: 206.553.2422
14 E-mail: susan.dohrmann@usdoj.gov

[PROPOSED] ORDER/McPHADEN - 2
CR95-5828 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970